IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DUNLAVEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS AND PROBATION OFFICE OF BUCKS COUNTY | : | 02-3734 |

**ORDER**

AND NOW, this            day of July, 2002, Petitioner's Motion Requesting Permission and Time To Reply/Respond To The Court of Common Pleas And Probation Office is HEREBY GRANTED.  Petitioner shall file this response by August 24, 2002.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE