IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DUNLAVEY | : | CIVIL ACTION |
| V. | : | NO. 02-3734 |
| COURT OF COMMON PLEAS, ETC., | : | |
| ET AL | : | |

O R D E R

**AND NOW**, this 12th day of December, 2003, upon consideration of the petitioner's request for extension of time to file a written objection to the report and recommendation, **IT IS HEREBY ORDERED** that the request is **GRANTED** and petitioner may file his objection to the report and recommendation on or before January 2, 2004.

					_____

					William H. Yohn, Jr., Judge