IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DUNLAVEY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| COURT OF COMMON PLEAS | : |
| AND PROBATION OFFICE, | : |
| BUCKS COUNTY, ET AL. | : NO. 02-3734 |

## O R D E R

**AND NOW**, this 8th day of January, 2004, upon consideration of petitioner's motion to retrieve petitioner's complete record from Bucks County clerk of courts (Document No. 9), and the state court record having been received and forwarded to Magistrate Judge Wells on May 30, 2003, **IT IS HEREBY ORDERED** that the motion is **DENIED AS MOOT**.

William H. Yohn, Jr., Judge