IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Dunlavey

                                      02-CV-3734
                                    District Court Docket Number

        vs.

Court of Common Pleas and Probation
Office of Bucks County, et al

Notice of Appeal Filed <u>7/26/04</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
      Notice of Appeal __Paid _X_ Not Paid    ___Seaman
      Docket Fee      __Paid _X_ Not Paid    ___USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                           Fernando Benitez, Jr.
                       Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm